# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139872(49)

LEAH ROSE FOSTER,
        Plaintiff-Appellee,

v

DAVID KENNETH WOLKOWITZ,
        Defendant-Appellant.
_____

SC: 139872
COA: 291825
Monroe Circuit Court Family
Division: 08-002771-DP

      On order of the Chief Justice, the motion by the State Bar of Michigan Family Law Council for leave to file its brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk